The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA MOORE, an individual,<br><br>               Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation and DOES 1-10,<br><br>               Defendants. | Case No. 2:17-cv-00800-TSZ<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**AND ORDER** |

The parties hereby file this stipulated motion pursuant to LCR 7(d)(1) and LCR 10(g) to extend the deadline for Defendant The Boeing Company's ("Boeing") to file its response to Plaintiff's Complaint, which was filed on May 23, 2017 (Dkt. No. 1).

Plaintiff served Boeing with a copy of the Complaint on June 7, 2017. In the absence of an Order extending the deadline to respond to Plaintiff's Complaint, Defendant Boeing's response must be filed by no later than June 21, 2017.

The Parties now agree to extend Defendant's time to answer, move, or otherwise respond to the Complaint to provide time for counsel to investigate the facts and the law in order to prepare an appropriate response to the complaint. The parties therefore join in asking the Court

STIPULATED MOTION AND ORDER FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT - (2:17-CV-
00800-TSZ) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

49736520.v1

to extend the deadline for Boeing to answer, move, or otherwise respond to the Complaint until July 5, 2017.

DATED this 21st day of June, 2017.

| HELSELL FETTERMAN LLP | FOX ROTHSCHILD LLP |
|---|---|
| By: s/ Lauren Parris Watts<br>Lauren Parris Watts, WSBA #44064<br>HELSELL FETTERMAN LLP<br>1001 Fourth Ave., Suite 4200<br>Seattle, WA 98154-1154<br>Phone: (206) 292-1144<br>Fax: (206) 340-0902<br>Email: lwatts@helsell.com<br><br>Steven H. Haney, *admitted pro hac vice*<br>Gregory L. Young, *admitted pro hac vice*<br>Haney & Young, LLP<br>1055 West Seventh Street, Ste. 1950<br>Los Angeles, CA 90017<br>Phone: (213) 228-6500<br>Fax: (213) 228-6501<br>Email: shaney@haneyyoung.com<br>gyoung@haneyyoung.com<br><br>*Attorneys for Plaintiff* | By s/Laurence A. Shapero<br>Laurence A. Shapero, WSBA #31301<br>Fox Rothschild LLP<br>1001 Fourth Avenue, #4500<br>Seattle, WA 98154<br>Phone: 206-624-3600<br>Fax: 206-389-1708<br>Email: lshapero@foxrothschild.com<br>*Attorneys for Defendant The Boeing Company* |

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - (2:17-CV-00800-TSZ) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

49736520.v1

# ORDER

The parties' stipulated motion for extension of time to respond to complaint, docket no. 14, is GRANTED, and IT IS HEREBY ORDERED that the deadline for Defendant's to answer, move, or otherwise respond to Plaintiff's Complaint is extended to July 5, 2017.

IT IS SO ORDERED this 23rd day of June, 2017.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented By :

FOX ROTHSCHILD LLP

*/s/Laurence A. Shapero*
Laurence A. Shapero, WSBA #31301
Attorneys for Defendants

HELSELL FETTERMAN LLP

*/s/Lauren Parris Watts*
Lauren Parris Watts, WSBA #44064
Attorneys for Plaintiff

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - (2:17-CV-00800-TSZ) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

49736520.v1