UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA MOORE,

        Plaintiff,

v.

THE BOEING COMPANY,

        Defendant.

C17-800-TSZ

MINUTE ORDER SETTING TRIAL AND RELATED DATES

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

| | |
|---|---:|
| **JURY TRIAL DATE** | **AUGUST 27, 2018** |
| Length of Trial | 5-10 days |
| Deadline for joining additional parties | September 15, 2017 |
| Deadline for amending pleadings | February 5, 2018 |
| Disclosure of expert testimony under FRCP 26(a)(2) | February 5, 2018 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | March 29, 2018 |
| Discovery completed by | May 7, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | June 7, 2018 |
| Settlement Conference pursuant to Local Civil Rule 39.1(c)(2) held no later than | June 8, 2018 |
| The parties shall engage in mediation pursuant to Local Civil Rule 39.1(c) on or before | July 6, 2018 |

MINUTE ORDER SETTING TRIAL AND RELATED DATES - 1

| | | |
|---|---|---|
| All motions in limine must be filed by | | July 26, 2018 |
| and noted on the motion calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | | |
| Agreed pretrial order due | | August 10, 2018 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | | August 10, 2018 |
| Pretrial Conference to be held at **10:00 a.m.** on | | August 17, 2018 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass who can be reached at (206) 370-8522. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the Pretrial Order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial might have to await the completion of other cases.

Should this case settle, counsel shall notify Karen Dews at (206) 370-8830 as soon as possible.

The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of August, 2017.

          William M. McCool  
          Clerk

          s/Karen Dews  
          Deputy Clerk

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LISA MOORE,

        Plaintiff,

v.

THE BOEING COMPANY,

        Defendant.

C17-800-TSZ

MINUTE ORDER DESIGNATING CASE FOR MEDIATION

      The Court finds this case is appropriate for mediation under Local Rule CR39.1. The parties are directed to conduct mediation upon completion of discovery as hereinafter provided.

      IT IS ORDERED that the parties exchange written demands for settlement and that counsel meet and discuss settlement within six months of this Order.

      IT IS ORDERED that the mediator be selected by the cutoff date for completion of discovery. The parties are advised that the Court's home page at www.wawd.uscourts.gov contains a roster of approved mediators and their profiles. This information is also available for viewing in Seattle and Tacoma at the intake counter of the Clerk's Office. Counsel are directed to file with the Court the name of the mediator as soon as one is selected. The mediation will be conducted at such time or times as set by the mediator. Mediation shall be completed no later than the date set forth in the Minute Order Setting Trial Date and Related Dates. The parties are strongly encouraged to mediate prior to completion of discovery.

      The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 18th day of August, 2017.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk