HANEY & YOUNG, LLP
1055 West Seventh Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 228–6500
Facsimile: (213) 228-6501

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LISA MOORE,<br><br>      PLAINTIFF,<br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>      DEFENDANTS. | **CASE NO. 2:17-cv-00800**<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE DEADLINES FOR EXPERT DISCLOSURES BY PARTIES**<br><br><br>Judge: Hon. Thomas S. Zilly |

**ORDER GRANTING STIPULATED MOTION TO CONTINUE DEADLINE FOR EXPERT DISCLOSURES BY PARTIES**

Pursuant to the Parties' Stipulated Motion to Continue Deadlines for Expert Disclosures, and good cause appearing, the Parties' deadline to disclose experts is continued from February 5, 2018 to March 5, 2018. The Parties' deadline to disclose rebuttal experts is continued to March 26, 2018. The Parties' expert discovery cut-off date is continued to April 9, 2018. All other dates and deadlines set forth in the Minute Order Setting Trial and Related Dates, docket no. 23, will remain the same.

IT IS SO ORDERED.

DATED this 9th day of February, 2018.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

HANEY & YOUNG, LLP
1055 West Seventh Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 228-6500
Facsimile: (213) 228-6501