UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA MOORE,

                Plaintiff,

    v.

THE BOEING COMPANY,

                Defendant.

C17-800 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1) Plaintiff's Stipulated Motion for a Consent Order Granting Substitution of Attorney, docket no. 32 (the "Stipulated Motion"), is DENIED. *See* Local Rule 83.2(b).

    (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 5th day of April, 2018.

                                       William M. McCool
                                     Clerk

                                     s/Karen Dews
                                   Deputy Clerk

MINUTE ORDER - 1