# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LISA MOORE,

               Plaintiff,

    v.

THE BOEING COMPANY,

               Defendant.

C17-800 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion to Continue Trial Date and Related Pretrial Deadlines, docket no. 37, is GRANTED. The Court resets the following dates and deadlines:

| **JURY TRIAL DATE** | **March 11, 2019** |
|---|---|
| Discovery completed by | June 29, 2018 |
| Rebuttal Expert Deadline | January 15, 2019 |
| Expert Discovery Cutoff | January 31, 2019 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | November 15, 2018 |

MINUTE ORDER - 1

| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | February 7, 2019 |
|---|---|
| Agreed pretrial order due | February 22, 2019 |
| Trial briefs, proposed voir dire, and proposed jury instructions due | February 22, 2019 |
| Pretrial conference scheduled for | March 1, 2019 at 11:00 a.m. |

All other dates and deadlines not inconsistent herewith shall remain in full force and effect. All other requirements imposed in the Court's Minute Order Setting Trial and Related Dates, docket no. 23, shall remain unchanged.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of May, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2