Steven H. Haney, SBN 121980
Gregory L. Young, SBN 226293
**HANEY & YOUNG LLP**
1055 West Seventh Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 228-6500
Facsimile: (213) 228-6501
E-Mail: shaney@haneyyoung.com

Attorneys for Plaintiff,
LISA MOORE

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA MOORE, an individual; | **CASE NO. 2:17-cv-00800-TSZ** |
| Plaintiff, | **ORDER CONTINUING SETTLEMENT CONFERENCE AND MEDIATION DEADLINES** |
| v. | |
| THE BOEING COMPANY, a Delaware Corporation; and DOES 1-10; | |
| Defendants. | |

HANEY & YOUNG, LLP
1055 West Seventh Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 228-6500
Facsimile: (213) 228-6501

DB2/ 33832764.1                **ORDER**

HANEY & YOUNG, LLP
1055 West Seventh Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 228-6500
Facsimile: (213) 228-6501

1    The deadlines for the Settlement Conference and the Mediation are hereby

2  continued as follows:

3      1)    The Settlement Conference pursuant to Local Civil Rule 39.1(c)(2) shall

4            be held no later than December 31, 2018; and

5      2)    The Parties shall engage in Mediation no later than January 31, 2019.

6

7    **IT IS SO ORDERED.**

8

9    DATED:  July 26, 2018.

10

11

12

13    Thomas S. Zilly
      United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER**