The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| LISA MOORE,<br><br>               Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY, a Delaware Corporation and DOES 1-10;<br><br>               Defendants.. | Case No. 2:17-cv-00800-TSZ<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF LISA MOORE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING DEFENDANTS' MOTION
CASE NO. 2:17-CV-00800-TSZ

DB2/ 33807738.1

# ORDER

Defendant The Boeing Company ("Defendant") brought this motion to compel the Independent Medical Examination ("IME") of Plaintiff Lisa Moore ("Plaintiff"), docket no. 45, (the "Motion") before this Court. After considering all papers filed in support of, and in opposition to, the Motion, the Court GRANTS the Motion. The Court finds good cause to compel the mental examination of Plaintiff pursuant to Federal Rule of Civil Procedure 35.

The Court therefore ORDERS Plaintiff to submit to the following examinations:

1. Plaintiff shall submit to the mental examination conducted by Gerald Rosen, Ph.D., a Board Certified psychiatrist, on October 8, 2018 at 9:00 a.m. and October 11, 2018 at 9:00 a.m. at 1201 Third Avenue, Suite 5150, Seattle, Washington 98101. Dr. Rosen will conduct a standard interview, which will generally consist of questions about Plaintiff's intentional infliction of emotional distress and mental health damages claim, including but not limited to evaluation and history of the mental illnesses alleged; past psychiatric and psychological history; general medical and surgical history; history of substance abuse; inquiry into the Plaintiff's psychosocial and development history; relationship and marital history; litigation history; educational, social, and occupational history; family history; a complete review of all bodily systems and current symptoms; current living situation; and exploration of other causes and other stressors, including criminal history (e.g., history of arrest or incarceration) in Plaintiff's life that may have impacted and may continue to impact her mental health and/or mental state and condition. To the extent that Plaintiff's prior existing medical conditions and treatment have impacted and may continue to impact her mental health and/or mental state, Dr. Rosen may inquire into such subjects. However, Plaintiff will not be asked about any of her conversations with counsel or her counsel's evaluation of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING DEFENDANTS' MOTION
CASE NO. 2:17-CV-00800

1

DB2/ 33807738.1

her claims.

2. Dr. Rosen will also administer to Plaintiff the following psychological instrument: Minnesota Multiphasic Personality Inventory-2 ("MMPI-2").

Dated: August 29, 2018.

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION
CASE NO. 2:17-CV-00800
2
MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
DB2/ 33807738.1