UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA MOORE,

        Plaintiff,

v.

THE BOEING COMPANY, et al.,

        Defendants.

C17-800 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 55, is GRANTED as follows. The Order entered August 29, 2018, docket no. 53, is AMENDED as follows. The location of the mental examination to be conducted by Gerald Rosen, Ph.D. on October 8 and 11, 2018, shall be a place on which the parties mutually agree.[1] Dr. Rosen need not administer to plaintiff the Minnesota Multiphasic Personality Inventory-2, and may use any psychological instruments or tests that are accepted within the field and appropriate in this matter.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of September, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

---

[1] The Order dated August 29, 2018, docket no. 53, specifies that the mental examination shall occur at 1201 Third Avenue, Suite 5150, in Seattle, which is the office for defendant's counsel Ogletree, Deakins, Nash, Smoak, & Stewart, P.C. The proposed order submitted with the parties' stipulated motion, docket no. 55-1, suggests that the mental examination take place at 600 University Street, Suite 320, in Seattle, which is the office of Seattle Deposition Reporters, LLC. The parties, however, did not discuss the change in location in their stipulated motion, and thus, the Court simply strikes from the previous order the direction that the mental examination be conducted in defendant's counsel's office.

MINUTE ORDER - 1