UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA MOORE,

                    Plaintiff,

        v.                                    C17-800 TSZ

THE BOEING COMPANY,                          MINUTE ORDER

                    Defendant.

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

(1)     The Court, having considered the Parties' Stipulated Motion Seeking
Adjustment to the Trial Calendar Based on the Parties' Agreement that Plaintiff Will
Dismiss Its Second Case and File an Amended Complaint in the Present Case, and for
good cause shown, it is hereby ORDERED that:

(2)     Pursuant to the parties' stipulation, docket no. 58, the following dates and
deadlines are continued as indicated:

| JURY TRIAL DATE | June 17, 2019 |
|---|---|
| Deadline for amending pleadings | November 2, 2018 |
| Deadline for Defendant to respond to Plaintiff's Amended Complaint with an amended answer or other responsive pleading | November 23, 2018 |
| Settlement Conference Deadline | December 31, 2018 |

MINUTE ORDER - 1

| | |
|---|---|
| Discovery motions filing deadline | January 17, 2019 |
| 39.1 Mediation Completion Date | January 31, 2019 |
| Discovery completion deadline | February 25, 2019 |
| Rebuttal Expert Deadline | March 15, 2019 |
| Expert Discovery Cutoff | March 29, 2019 |
| Dispositive motions filing deadline | March 28, 2019 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | April 4, 2019 |
| Motions in limine filing deadline | May 16, 2019 |
| Agreed pretrial order due | May 31, 2019 |
| Trial briefs, proposed voir dire questions, and jury instructions due | May 31, 2019 |
| Pretrial conference | June 7, 2019 at 11:00 a.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in Minute Orders, docket nos. 40 and 44, shall remain in full force and effect.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of November, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2