UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA MOORE,

        Plaintiff,

  v.

THE BOEING COMPANY,

        Defendant.

C17-800 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff's Motion for Protective Order, docket no. 69, is DENIED. Plaintiff's attorney may be present at any further meetings between Plaintiff and Lester Jones. Plaintiff's motion for exclusion of Jones as a trial witness is DENIED as premature. The parties shall bear their own costs associated with this motion.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 14th day of February, 2019.

                                    William M. McCool
                                    Clerk

                                  s/Karen Dews
                                  Deputy Clerk

MINUTE ORDER - 1