Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA MOORE,

        Plaintiff,

  v.

THE BOEING COMPANY, a Delaware Corporation.

        Defendant.

NO. 2:17-cv-00800

**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND EXTEND EXISTING PRETRIAL DEADLINES**

## ORDER

Pursuant to the above stipulation, it is hereby ORDERED that:

1. The Stipulation for a trial continuance is GRANTED.
2. The trial in this matter shall be set for **November 4, 2019**.
3. The following case schedule deadlines are continued as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Discovery completed by | February 25, 2019 | July 8, 2019 |
| Rebuttal Expert Deadline | March 15, 2019 | July 26, 2019 |
| Expert Discovery Cutoff | March 29, 2015 | August 9, 2019 |
| Dispositive motions deadline | March 28, 2019 | August 8, 2019 |

1

| Deadline | Current Date | New Date |
| --- | --- | --- |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | April 4, 2019 | August 22, 2019 |
| Motion in limine deadline | May 16, 2019 | October 1, 2019 |
| Agreed pretrial order due | May 31, 2019 | October 15, 2019 |
| Voir dire/jury instructions/trial briefs | May 31, 2019 | October 15, 2019 |
| Pretrial conference | June 7, 2019 | October 25, 2019 at 11:00 a.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Court's Minute Order Setting Trial and Related Dates, docket no. 23, and Minute Orders, docket nos. 40, 44, and 59, shall remain in full force and effect.

IT IS SO ORDERED.

DATED this 27th day of February, 2019.

*[signature]*

Thomas S. Zilly
United States District Judge