UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA MOORE,

    Plaintiff,

v.

THE BOEING COMPANY,

    Defendant.

C17-800 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed motions to withdraw as counsel filed by Plaintiff's counsel Haney & Young LLP, (docket no. 78), and Reba Weiss and Reba Weiss Law Firm PLLC, (docket no. 79), are GRANTED.

(2) Plaintiff's request that the Court not enter an order permitting withdrawal until she locates appropriate replacement counsel, (docket no. 80), is DENIED.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Plaintiff Lisa Moore at 12725 175th St. East, Puyallup, WA 98374.

Dated this 29th day of May, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1