Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DIVISION OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LISA MOORE, an individual, | No. 2:17-cv-00800 TSZ |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR TRIAL CONTINUANCE AND NEW SCHEDULING ORDER** |
| v. | |
| THE BOEING COMPANY, a Delaware Corporation; BOEING DEFENSE SPACE & SECURITY, a division of BOEING, business entity, form unknown; BOEING NETWORK & SPACE SYSTEMS, a part of BOEING DEFENSE, SPACE & SECURITY, a business entity, form unknown, and DOES 1-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Beverly G. Grant and Jeffery D. Bradley of Beverly Grant Law Firm, P.S., counsel for Plaintiff herein and Ethel Johnson, Karen Y. Cho, M. Nicole Beckley of Morgan Lewis & Bockius, LLP and Laurence Shapero of Ogletree Deakins Nash Smoak & Stewart, counsel for Defendants herein, that the trial of the above entitled matter may be continued from November 4, 2019 to any date after July 31, 2020 and a proposed continuance of remaining case deadlines as follows:

/ / /

/ / /

JOINT STIPULATION AND ORDER
FOR TRIAL CONTINUANCE AND
NEW SCHEDULING ORDER

DB2/ 36896630.1

Page 1 of 4

Beverly Grant Law Firm, P.S.
5808 100th Street SW, Suite A
Lakewood, WA 98499
(253) 252-5454

| Description | Current Dates | Proposed Dates | New Dates By Order of the Judge |
|---|---|---|---|
| Discovery Motions deadline | | | February 6, 2020 |
| Discovery Completed by | July 8, 2019 | March 12, 2020 | March 12, 2020 |
| Rebuttal Expert Deadline | July 26, 2019 | March 26, 2020 | March 26, 2020 |
| Expert Discovery Cutoff | August 9, 2019 | April 10, 2020 | April 10, 2020 |
| Dispositive motions deadline | August 8, 2019 | April 17, 2020 | April 16, 2020 |
| Deadline for filing motions related to expert testimony (e.g., Daubert motions) | August 22, 2019 | May 1, 2020 | April 23, 2020 |
| Motion in limine deadline | October 1, 2019 | June 12, 2020 | July 23, 2020 |
| Agreed pretrial order due | October 15, 2019 | June 26, 2020 | August 7, 2020 |
| Voir dire/jury instructions/ trial briefs | October 15, 2019 | June 26, 2020 | August 7, 2020 |
| Pretrial conference | October 25, 2019 at 11:00 am | TBD | August 14, 2020 at 1:30 p.m. |

The primary reasons necessitating continuance are because the Plaintiff's physician, Dr. Soorani, of Los Angeles, CA, has indicated that Plaintiff's mental state will be jeopardized if her deposition were to be taken now and he requests that Plaintiff's deposition be deferred at a minimum of four (4) to six (6) months. Dr. Soorani further recommends that Plaintiff's deposition be broken into two days, rather than a full day. Further, Plaintiff's counsel, Beverly Grant, has only recently substituted in as counsel of record for Plaintiff, and Ms. Grant has another trial scheduled for the same date as the trial in this matter. Ms. Grant's other trial is scheduled to commence on November 4, 2019, in the matter of Brown v. State of Washington, et al, Case No. 3:18-cv-05647-RBL.

Based on Plaintiff's counsel and Dr. Soorani's representations about Plaintiff's medical condition and Plaintiff's counsel's conflict, the parties have agreed to: (1) accept the recommendation by Plaintiff's physician; (2) defer further discovery until Plaintiff's deposition

JOINT STIPULATION AND ORDER
FOR TRIAL CONTINUANCE AND
NEW SCHEDULING ORDER
DB2/ 36896630.1        Page 2 of 4

Beverly Grant Law Firm, P.S.
5808 100th Street SW, Suite A
Lakewood, WA 98499
(253) 252-5454

1  is taken; (3) limit discovery to the retaliation claim only; and (4) enter into good faith settlement

2  negotiations with the assistance of a mediator while waiting for Plaintiff to get well enough to

3  participate in the taking of her deposition.

4      Stipulated to this 10th day of July 2019.

5  BEVERLY GRANT LAW FIRM, P.S.    MORGAN LEWIS & BOCKIUS

6  By:  /s/ Beverly G. Grant    By:  /s/ Ethel J. Johnson
   Beverly G. Grant, WSBA No. 8034    Ethel J. Johnson, Texas Bar No. 10714050
7  Jeffery D. Bradley, WSBA No. 27726    1000 Louisiana Street, Suite 4000
   5808 100th Street SW, Ste. A    Houston, TX 77002
8  Lakewood, WA 98499    Ethel.johnson@morganlewis.com
   Tele: 253-252-5454    Tele: (713) 890-5191
9  Beverly@BevGrantlaw.com    Attorney for Defendants
   JefferyBradley@BevGrantlaw.com
10  Attorneys for Plaintiff

11  MORGAN LEWIS & BOCKIUS    OGLETREE DEAKINS NASH
                                                        SMOAK & STEWART
12
   By:  /s/ Karen Y. Cho    By:  /s/ Laurence A. Shapero
13  Karen Y. Cho, CA Bar No. 274810    Laurence A. Shapero, WSBA No. 31301
   Maureen N. Beckley, CA Bar 316754    1201 Third Avenue, Suite 5150
14  One Market, Spear Street Tower    Seattle, WA 98101
   San Francisco, CA 94105    Laurence.shapero@ogletree.com
15  Tele: (415) 442-1210    Tele: (206) 876-5301
   Karen.cho@morganlewis.com    Attorney for Defendants
16  Maureen.beckley@morganlewis.com
   Attorney for Defendants
17

**ORDER**

18
    This matter having come by way of stipulation by counsel, it is HEREBY
19
    ADJUDGED, DECREED and ORDERED that:
20
    1).    The Motion for Stipulation for Trial Continuance, docket no. 86, is Granted;
21
    2).    The trial in this matter shall be set for August 24, 2020;
22
    3).    The case schedule deadlines are continued as listed above.
23

24

JOINT STIPULATION AND ORDER
FOR TRIAL CONTINUANCE AND
NEW SCHEDULING ORDER

DB2/ 36896630.1    Page 3 of 4

Beverly Grant Law Firm, P.S.
5808 100th Street SW, Suite A
Lakewood, WA 98499
(253) 252-5454

1     DATED this 15th day of July 2019.

2

3                                                                   _____

4                                                                   Thomas S. Zilly
                                                                  United States District Judge

5

6 Presented by:                                   Approved as to form:

7 BEVERLY GRANT LAW FIRM, P.S.        MORGAN LEWIS & BOCKIUS

8 By:  */s/ Beverly G. Grant*                 By:    */s/ Ethel J. Johnson*
Beverly G. Grant, WSBA No. 8034        Ethel J. Johnson, Texas Bar No: 10714050
9 Jeffery D. Bradley, WSBA No. 27726     1000 Louisiana Street, Suite 4000
5808 100th Street SW, Ste. A                 Houston, TX 77002
10 Lakewood, WA 98499                          Ethel.johnson@morganlewis.com
Tele: 253-252-5454                             Tele: (713) 890-5191
11 Beverly@BevGrantlaw.com                 Attorney for Defendants
JefferyBradley@BevGrantlaw.com
12 Attorneys for Plaintiff

13 MORGAN LEWIS & BOCKIUS            OGLETREE DEAKINS NASH
                                                         SMOAK & STEWART
14

15 By:  */s/ Karen Y. Cho*                    By:  */s/ Laurence A. Shapero*
Karen Y. Cho, CA BAR No., 274810       Laurence A. Shapero, WSBA No. 31301
16 Maureen N. Beckley, CA Bar 316754      1201 Third Avenue, Suite 5150
One Market, Spear Street Tower           Seattle, WA 98101
17 San Francisco, CA 94105                  Laurence.shapero@ogletree.com
Tele: (415) 442-1210                         Tele: (206) 876-5301
18 Karen.cho@morganlewis.com             Attorney for Defendants
Maureen.beckley@morganlewis.com
19 Attorney for Defendants

20

21

22

23

24

JOINT STIPULATION AND ORDER
FOR TRIAL CONTINUANCE AND
NEW SCHEDULING ORDER

5808 100th Street SW, Suite A
Lakewood, WA 98499
(253) 252-5454